# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVONTAE AMARRI WHEELER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE MICHELLE
LEAVITT, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 76954

FILED

NOV 1 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of mandamus or prohibition challenging the district court's order denying a pretrial petition for a writ of habeas corpus. We conclude that our intervention by extraordinary writ is not warranted. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that a petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Ostman v. Eighth Judicial Dist. Court*, 107 Nev. 563, 816 P.2d 458 (1991) (recognizing that the prosecutor has a duty to present the grand jury with evidence which will explain away the charge); *Kussman v. Eighth Judicial Dist. Court*, 96 Nev. 544, 545-46, 612

18-904400

P.2d 679, 680 (1980) (disfavoring review of a pretrial probable cause determination through an original writ proceeding). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Michelle Leavitt, District Judge
James J. Ruggeroli
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk